No. 91–1580. TOWER v. NORTHERN VIRGINIA TRANSPORTATION DISTRICT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 91–1583. KINSEY v. SALADO INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 91–1584. RIMELL ET VIR v. MARK TWAIN BANK ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1585. THOMPSON ET VIR v. PEOPLES LIBERTY BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1591. OSEI-AFRIYIE v. MEDICAL COLLEGE OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1605. CONTRERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1606. ZURAK v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 91–1614. INDUSTRIAL RISK INSURERS v. COTTON BROTHERS BAKING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 91–1622. GREGORY ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1627. MITCHELL ET UX., AS NEXT FRIENDS FOR MITCHELL, A MINOR v. METROPOLITAN LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 91–1635. RENZ v. EAGLE ASSOCIATES ET AL. Ct. App. Kan. Certiorari denied.

No. 91–1660. BRENNEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.